Agency No. 06-21808

# DISTRICT COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,

Plaintiff

vs.

Trevor Murphy Cole

Defendant

ID: 6809681   DOB: REDACTED

ATN: 109876095

**MISDEMEANOR COMPLAINT**

CASE NO. 3AN-S 06 - 4901 CR.

Misconduct Involving Weapons in the Fifth Degree

AS 11.61.220(a) - 001

## CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

THE COMPLAINANT STATES that on or about the 12 day of May, 20 06 at or near Minnsota Drive and Spenard Rd., in the Third Judicial District, State of Alaska, the above-named Defendant did unlawfully:

( X ) Commit the offense of Misconduct Involving Weapons in the Fifth Degree,

( X ) knowingly possess a deadly weapon (other than an ordinary pocket knife) or a defensive weapon, that is concealed on the person; (an electric stun gun) or
*AS 11.61.220(a)(1)*
( ) knowingly possesses a loaded firearm on their person in any place where intoxicating liquor is sold for consumption; or
*AS 11.61.220(a)(2)*
( ) being an unemancipated minor under 16 years of age, possesses a firearm without the consent of a parent or guardian; or
*AS 11.61.220(a)(3)*
( ) knowingly possesses a firearm or defensive weapon on school grounds; or
*AS 11.61.220(a)(4)(A)*
( ) knowingly possesses a firearm or defensive weapon within a courthouse or courtroom; or
*AS 11.61.220(a)(4)(B)*
( ) knowingly possesses a firearm or defensive weapon within a domestic violence or sexual assault shelter; or
*AS 11.61.220(a)(4)(C)*
( ) possesses a switchblade or gravity knife.
*AS 11.61.220(a)(5)*

All of which is a Class B Misdemeanor being contrary to and in violation of AS 11.61.220(a) and against the peace and dignity of the State of Alaska.

PROBABLE CAUSE: The defendant was stopped for a traffic violation by Officer McDonald and had an oustanding warrant. The defendant did not immediately notify Officer McDonald that he was armed with a handgun. A fully loaded revolver was found concealed inside COLE's front right coat pocket.

*Appendix 1 of Notice of Removal*
*Page 1 of 3*

K.McDonald DSN 1537
Police Officer

I certify, under penalty of perjury, the foregoing is true.

```
ATN: [        ]
```

**UNIFORM SUMMONS AND COMPLAINT**
**ANCHORAGE POLICE DEPARTMENT**
DMV CODE [    ]

MUNICIPALITY OF ANCHORAGE, PLAINTIFF
THIRD JUDICIAL DISTRICT OF ALASKA,
IN THE DISTRICT COURT OF ANCHORAGE

No. **A1233926**

The undersigned officer states that he has reasonable grounds to believe that the defendant named below committed the offense described herein. I certify under the penalty of perjury that the following is true:

ON **SUN** THE **6** DAY OF **AUG 00** AT **04:00** A.M./P.M
DEFENDANT **COLE** / **TREVOR** / **MURPHY**
           LAST       FIRST       MIDDLE

MAIL/ADDRESS: REDACTED
RES/ADDRESS: REDACTED
CITY REDACTED STATE    HME PH# **440-5008**
DOB REDACTED    HT **5'02"** WT **110**
SSN: REDACTED
DRIVERS LIC: REDACTED

VEHICLE LICENSE ____ STATE ____ YEAR EXPIRES ____
VEHICLE YEAR ____ MAKE ____ MODEL ____ COLOR ____
EMPLOYER **DEL SANDS**   WORK PH# ____
LOCATION OF OFFENSE: **3541 SCARLET**
DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE: **4.16.050**

☐ Municipal Ordinance   ☒ State Statute/Regulation   ☐ Commercial Vehicle   ☐ Hazardous Materials

**UNDER 21 VIOLATION**
**(CONSUMPTION/POSSESSION)**

SUBPOENAS ISSUED ☐ YES ☒ NO
WITNESSES ☐ YES ☒ NO

POINTS ____ FINE $ **INF** SURCHARGE: $ ____ TOTAL $ ____

☐ CORRECTABLE: This citation will be dismissed if you correct the defect and present the vehicle for inspection within 7 days at:
- Anchorage Police Department, 4501 S. Bragaw
- Environmental Services Division, 825 L St. (Call First)

If you do not, you must either appear in court or mail in your plea within 7 days. See instructions for optional appearance on reverse.

☐ OPTIONAL COURT: May pay total due or appear in court within 5 working days. **READ REVERSE SIDE**

☒ MANDATORY COURT-INFRACTION: Must appear at 303 K St, Traffic Court WITHIN 5 WORKING DAYS
☐ MANDATORY COURT-CRIMINAL: Must appear at 825 W. 4th Ave., Courtroom B1 on ____ at 9:00 a.m.

If you appear in court, you must bring citation with you. Also, if you are under 18 years old, you must bring parent or legal guardian to court with you.
WARNING: If you fail to respond to a criminal charge, a warrant will be issued for your arrest. For non-criminal offenses, see consequences on back.

Officer Signature ____ DSN **1462** DATE **8-6-00**
Signature: ____ ☒ Personally Served

51-116 (Rev. 7/98)

*Handwritten annotation:* Appendix 1 of Notice of Removal Page 2 of 3

AUG 15 2000 1477

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT ANCHORAGE

☐ STATE  ☒ MUNICIPALITY OF ANCHORAGE    CASE NO. 3AN- 07-1349       CR
DEFENDANT  BRENT COLE                                    DOB: 8-12-53
ORIGINAL CHARGES:  NO COMPLAINT FILED
AMENDED CHARGES:  declined
COURT ORDERS: _____

| TAPE # B107.45 | Type of Hearing ARR | PRESENT FOR STATE/MOA James | DEFENDANT: ☒ Present ☐ Not Present ☐ In-Custody ☒ Not In Custody |
|---|---|---|---|
| LOG # 93640 | Judge/Magistrate Lonll | | |
| DATE 3·6·07 | Clerk SK | PRESENT FOR DEFENDANT | |
| TIME 9 AM/PM | | | |

| Case initially assigned to Judge _____ | RIGHTS BY: | CRIMINAL RULE 39: | FINGERPRINTS: |
|---|---|---|---|
| Peremptory Challenge Filed By ☐ State/MOA ☐ Defendant | ☐ Video | ☐ $200 ☐ $250 | ☐ Taken |
| Case Reassigned to Judge _____ | ☐ Court | ☐ Other ____ | ☐ Ordered |

PLEA:
☐ Not Guilty          ☐ Guilty          ☐ No Contest
   Cts _____              Cts _____           Cts _____

☐ Dismissal Per Rule _____ Cts _____

PETITION TO REVOKE PROBATION: ☐ Admit ☐ Deny

CRIMINAL RULES 5 & 45: ☐ Runs ☐ Tolled ☐ Rule 45 Expires _____
From _____ to _____

*Appendix 1*
*Notice of Removal*
*page 3 of 3*

BAIL: ☐ EXON ☐ FORFEIT ☐ REINSTATE
BAIL SET/CONTINUED:
☐ OWN RECOGNIZANCE
☐ CASH APPEAR / CASH PERF. $____
☐ CASH/CORPORATE $____
☐ UNSECURED BOND $____
☐ Third-Party Custodian approved: ____
☐ Concurrent w/ ____

CONDITIONS OF RELEASE:
☐ Obey all laws & commit no jailable offenses
☐ No alcohol
☐ No non-prescription drugs
☐ No possession of weapons
☐ No driving w/o valid DL and insurance
☐ No direct or indirect contact with ____
☐ Attend all court dates
☐ Do not return to residence
☐ ____

### INSTRUCTIONS TO DEFENDANT

**Appointment of Counsel.** The court has ☐ GRANTED ☐ DENIED your request to have an attorney appointed to represent you. You must contact your attorney within 2 working days from today. If convicted, you will be ordered to pay part of the cost of counsel under Criminal Rule 39. The attorney appointed to represent you is:  Conflict Attorney

☐ Public Defender Agency    ☐ Office of Public Advocacy    ☐ Gorton, Logue & Graper    ☐ ____
900 W. 5th Ave., Ste 200      900 W. 5th Ave., Ste 525       737 M Street               Address: ____
Phone: 334-4400                Phone: 269-3500                Phone: 276-1945            Phone: ____

### THESE ARE YOUR NEXT COURT DATES.
You must appear at all hearings listed below unless your attorney notifies you that you do not need to be present.
A warrant for your arrest will be issued if you fail to appear for any hearing.

| Type of Hearing | Date & Time | Type of Hearing | Date & Time |
|---|---|---|---|
| Pre-Indictment Hearing | | Adjudication/Disposition | |
| Bail Review/Forfeiture Hearing | | Pretrial Conference | |
| Representation Hearing | | Trial Call / Trial | |
| Change of Plea/Sentencing | | Date to Report to Jail/Remand | |
| Wellness/Veteran/CRP | | | |

CR-150 ANCH (12/06)(st.5)                    I certify that on this date a copy of this form was given to:
CRIMINAL LOG NOTES                           ☐ Defendant ☐ Prosecutor ☐ Def. Atty/Calendar   Clerk: