COPY
Original Received
FEB 28 2005
Clerk of the Trial Courts

case 3AN-05-01037 CR

## Affidavit Of Brent Douglas Cole

*I, Brent Douglas Cole, being of sound mind and being willing and competent to testify, hereby depose and state of my own free will, under penalties of perjury: That the following testimony is true, accurate, and is not misleading to the best of my knowledge and belief; that facts presented herein are of my own personal knowledge, that the law presented is of my own research and is valid law to the best of my understanding; and that these are not presented for the purpose of deception, delay, or evasion; these presents are to enforce a basic constitutional protection: **So help me God.***

I have committed no crime, deny that the crime alleged by the prosecution occurred, and deny that this court has jurisdiction over my person. I assert that AS 11.61.210 is unconstitutional, because it legislates the assumption of criminal intent, and it violates the Right to keep and bear arms. I was not arraigned within 24 hours, and the charges must be dismissed, as a matter of law, for failure to arraign.

However, I have several presentments for this court today. Law, and the interests of justice mandate that this court should consider them. Many persons in the room are members of the class named in the "PETITION FOR AN

Page 1 of 16 - Affidavit Of Brent Douglas Cole - Re: A1383897

Appendix 6
Page 1 of 19

EXTRAORDINARY WRIT" submitted to the supreme Court of the United States, are parties at interest, and are entitled to participate. Justice will best be served by utilizing this opportunity to allow them to witness the evidence and by obtaining relevant testimony from members of this class.

I move this court to convene today as an evidenciary hearing for the Supreme Court Of The United States and assist that Court in determining the truth, law, and facts.

I submit letters from the Supreme Court of the United States that will validate and explain further. The letter of 1/31/05 is APPENDIX A and the letter of 10/27/04 is B.

This proceeding was instituted in order to hinder, delay, or prevent me from presenting as ordered in said Court. It is therefore appropriate, that **this court shall operate as the instrument of the Supreme Court of the United States to enter evidence and testimony needed for adjudication.**

The Judiciary Act of 1789 [1 Stat. Ch 20 § 35] states:

> "SEC. 35. *And be it further enacted,* That in all the courts of the United States, the parties may plead and manage their own causes personally or by the assistance of such counsel or attorneys at law as by the rules of the said courts respectively shall be permitted to manage and conduct causes therein. **And there shall be appointed in each district a meet person learned in the law to act as attorney for the United States in such district**, who shall be sworn or affirmed to the faithful execution of his office, **whose duty it shall be to prosecute in such district all delinquents for crimes and offenses**, cognizable under the authority of the United States, and all civil actions in which the United States shall be concerned, except before the supreme court in the district in which that court shall be be holden. And ..." [Bold emphasis added]

I have elected to represent myself in this matter, and this affidavit addresses **the absence of the meet person whose duty it shall be to prosecute all delinquents. The mandates of § 35 are violated, removing equal protections.**

To those who would depricate my private study of law: I submit that it was an amatuer that deciphered the cuneiform. I challenge those persons to show me exactly where it is that I have erred in my understanding and/or interpretation.

---

Page 3 of 16 - Affidavit Of Brent Douglas Cole - Re: A1383897

Appendix 6
Page 3 of 19

The Constitution of The United States, Article VI:

> "*All Debts contracted and Engagements entered into before the Adoption of this Constitution, **shall be as valid against the United States** under this Constitution, **as under the Confederation**".*
>
> *"This Constitution and the Laws of the United States which shall be made in pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land**; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."*
>
> *The Senators and Representatives before mentioned, and the Members of the several states' Legislatures, and **all executive and judicial Officers**, both of the United States and of the several states, **shall be bound by Oath or Affirmation to support this Constitution;** but no religious Test shall ever be required as a qualification to any office or public trust under the United States."* [Bold emphasis added]

Article VI requires the Oath and the defines what shall be the supreme 'Law of the Land'. The Judiciary Act of 1789 constitutes a portion of the supreme 'Law of the Land', and 1 Stat. 23 § 3 implements the requirement of the Oath.

Because of the utter absence of the required meet person and the refusal by all federal district court magistrates and judges to allow any citizen access to a federal judge for the

---

Page 4 of 16 - Affidavit Of Brent Douglas Cole - Re: A1383897

Appendix 6
Page 4 of 19

purpose of presenting a criminal complaint, I address this court as a statutory Attorney General of the United States, pursuant to 18 U.S.C. § 1961 et. seq., and <u>Rotella v. Wood</u>.

I move this court to proceed **with an evidenciary hearing for the supreme Court of the United States.**

**Whereas:** There is an utter absence of the required meet person, required by section 35 of the Judiciary Act of 1789;

**Wherefore:** I am obliged to attempt to fill that role and to remedy the routine violations of United States laws. I therefore present this court with a criminal complaint against my accussors; **which I sign under Oath before this court for issuance of arrest warrants and for presentation before the Supreme Court of the United States to demonstrate why I am unable to comply with their order.** If this court disagrees that the supreme Court has exclusive jurisdictions over public ministers pursuant to 1 Stat. Ch. 20 § 13, then it should submit this complaint before a federal grand jury to determine if indictments are warranted.

I am obliged to subscribe to and swear the Oath required by 14 Stat. Ch. 31, Sec. 1756, before the Officer of this court, to insure that I am in compliance myself, to show by example how to comply, and to make clear my allegiance.

**Wherefore:** I move this court to acknowledge the validity of this requirement: To make known the fact that:

**All Public Officers are required, by 14 Stat. Ch. 31:**

**To take and subscribe to this Oath; AND :**

**Every public officer who does not take and subscribe to this Oath is guilty of a high misdemeanor.**

**Note that:**

Title XIX, Sec. 1759. "*The oath of office taken by any person pursuant to the requirements of section seventeen hundred and fifty-six or of section seventeen hundred and fifty-seven, shall be delivered in by him to be preserved among the files of the House of Congress, Department, or court to which the oath is made may appertain.*" [**Bold emphasis added**]

I move the judicial officer presiding over this court to carefully examine my complaint, and to take proper actions to

---

enforce and protect the Constitution of the United States.

My intent is to obtain enforcement of the laws of the United States, and to submit the facts about violations and deficiencies to the Supreme Court of the United States.

## Proof Of Violation Of 1 Stat. 20 § 35

On Wednesday, February 23, 2005, I attempted to appear before a federal magistrate at the Federal Building (7th & C St.) in Anchorage Alaska to submit a criminal complaint against three individual persons 1.) For attempting to influence, delay, or prevent my presentment in the supreme Court of the United States, 2.) For a criminal conspiracy against the United States, that is, for conspiring to deprive citizens of the Right to keep and bear arms, and render the Militia ineffective, 3.) For records violations, 4.) For domestic terrorism, and 5.) For high crimes & misdemeanors.

I arrived at said courthouse at about 12:10 PM and explained to the officers working security (hereinafter "security"), that the purpose of my visit was to submit a

criminal complaint before a magistrate or judge. I was told by security that all of the judges and magistrates were at lunch, and that none would be available for about an hour. I stated that I would be back in an hour, and left the building.

I returned about one hour later. I was told by security that, to the best of their recollection, **no one has ever been allowed to submit a criminal complaint** to any of the magistrates or judges, and that I would not be allowed to present a complaint. **There clearly is no meet person.**

**For the record:** Security is armed, and disarms all persons entering the building using metal detectors, X-rays, and searching everything being carried into the building. This courthouse houses the federal district court for the District. **Enforcement of the edicts of security occurs under force of arms and includes the refusal to allow any citizen or group of citizens to submit a criminal complaint, and refusal to allow any access to judges or any meet person.**

I was then told by security that I would have to submit

any complaint to the clerk of the court, contravening the

Federal Rules of Criminal Procedure, Rules 2 and 3:

> Rule 2. *"These rules are to be interpreted to provide for the just determination of every criminal proceeding, to secure simplicity in procedure and fairness in administration, and to eliminate unjustifiable expense and delay."*
> Rule 3. *"The complaint is a written statement of the essential facts constituting the offense charged. It must be made under oath before a magistrate or judge or, if none is reasonably available, before a state or local judicial officer."*

The above described actions constitute the preclusion of any criminal charges being filed by any Citizen or person for violation of the criminal laws of the United States in the federal courts within the District of Alaska. To the best of my knowledge and belief, there is no method, no "Public Officer", nor any agency that will or might prosecute any "Public Officer" for crimes committed. **This removes the equal protection of the law**, and violates the mandates of 1 Stat. ch. 20. § 35 and 14 Stat. Ch. 31 (p. 27–30), (1866).

The acts and actions described constitute the failure or

refusal by federal judges and magistrates of the District of

Alaska to abide by the Federal Rules of Criminal Procedure,

and/or to abide by the mandates of 14 Stat. Ch. 31 (1866):

> *"April 9, 1866, "Chap. XXXI —*
> *An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication.*
>
> *" Sec. 4. And be it further enacted, That the district attorneys, marshals, and deputy marshals of the United States, the commissioners appointed by the circuit and Territorial courts of the United States, with powers of arresting, imprisoning, or bailing offenders against the laws of the United States, the officers and agents of the Freedmen's Bureau, and every other officer who may be specially empowered by the President of the United States, shall be, **and they are hereby, specially authorized and required, at the expense of the United States, to institute proceedings against all and every person who shall violate the provisions of this act, and cause him or them to be arrested and imprisoned,** or bailed, as the case may be, for trial before such court of the United States or a territorial court as by this act has cognizance of the offense.*

I presented the above law to U.S. Attorney Tom Bradley, who

denies that the above is accurate, or that 14 Stat. Ch. 31 is

still valid. It is still valid law, and the above is accurate.

The U.S. Attorney's Office refuses to consider any

criminal complaints submitted by Citizens or citizens. On March 14, 2002, I spoke to Mr. Bradley, as a statutory Attorney General arising under 18 U.S.C. § 1961 et. seq. and the decision in <u>Rotella v. Wood</u>, and Mr. Bradley refused to consider the arguments presented. Mr. Bradley maintains that there is no merit to the requirements of obtaining a United States Civil Commission and of taking required Oaths or Affirmations; which requirements arise under Article VI and 1 Stat. 23 § 3; and which were held to be required by the adjudicated and unanimous decision in <u>Marbury v. Maddison</u> [5 U.S. 137, 173,176,180]; and by other Supreme Court decisions, including <u>Ryder v. United States</u>, 515 U.S. 177 (1995), and <u>Glidden Co. v. Zdanok</u>, 370 U.S. 530.536,82 S.Ct. 1459, 1465, 8 L.Ed.2d 671.

Mr. Bradley maintains that no criminal complaint will be pursued unless it originates from a "government" agency. U.S. Attorney Kevin Callahan in Washington D.C. maintained exactly the same when I spoke with him on the

phone about said refusal to prosecute in March of 2002. **The policy of the U.S. Attorneys' Office is that no complaint will be pursued unless it originates from a "government" agency,** and that no complaint will be pursued against any judge, except for sexual harrasment of a woman, in chambers.

I am of the opinion that said policy is unlawful, and that it constitutes a removal of the equal protection of law.

The Federal Rules of Criminal procedure provides that magistrates and judges are to perform this function, but they are refusing to consider criminal complaints. They refuse to perform the duty of considering the evidence and merits of criminal complaints instituted by citizens, and have thereby denied Citizens the right to proceedings according to the course of the common law, the equal protection of the law, and are now using force of arms to insure that no criminal complaint can be submitted by citizens.

The Clerk of the Court maintains that they may only accept civil complaints, and her supervisor agreed with that.

I am of the opinion that the Clerk and her supervisor are correct and are in compliance with the laws of the United States, but A01-0108CV(JKS) demonstrates that criminal evidence submitted in a civil case will likely not be pursued, especially where crimes have been committed by "State" employees or "Public Officers".

The criminal complaint, which I attempted to submit to a federal magistrate or judge on February 23, 2005, was refused consideration, under force of arms. I have therefore submitted my complaint on this **28th day of February, 2005** to the presiding state judicial officer at this **"arraignment"** for "weapons misconduct" which purportedly occurred on January 24, 2005; prosecution for which was unlawfully instituted by citation A1383897. This criminal proceeding is convened in violation of AS 12.25.150 which requires:

> *"A person arrested shall be taken before a judge or magistrate without unnecessary delay, and in any event within 24 hours after arrest, including Sundays and holidays. This requirement applies to municipal police officers to the same extent as it does to state troopers."*

Page 13 of 16 - Affidavit Of Brent Douglas Cole - Re: A1383897

Appendix 6
Page 13 of 19

This criminal prosecution was instituted in violation of

AS 12.25.180

> " *When peace officer may issue citation or take person before the court.*
> *(a) When a person is stopped or contacted by a peace officer for the commission of a misdemeanor or the violation of a municipal ordinance, the person may, in the discretion of the contacting peace officer, be issued a citation instead of being taken before a judge or magistrate under AS 12.25.150, ...*"

**This statute does not provide for the institution of criminal proceedings by issuance of a citation. This statute does not provide for State charges to be instituted by the issuance of a citation. There has been a failure to arraign, and this case must be dismissed, as a matter of law: And, I do not waive any of my rights.**

Further, Anchorage police Officers are without the lawful authority to institute state charges. The transcript of proceedings on May 1, 2001 in case 3AN- S01-4800 CR clearly establishes that fact. **The court ordered that the Anchorage Police Department or the District Attorney's**

**Office provide proof of authority for the issuance of State charges, noting that they lacked that authority.** The proposed solution was to obtain post facto authorization dating back to August 6, 2000. [See transcript of proceedings before Magistrate Wepolowski, Exhibit A, amended complaint, July 11, 2001, federal case A01-0108CV(JKS)]. **That authority was never issued, but the cruel and unusual criminal punishments which were imposed upon my son the previous year without a trial or a conviction are still in place today, will remain in place indefinitely, and all legal remedy has been precluded.**

I have been unlawfully deprived of my land, unlawfully deprived of my home, unlawfully deprived of my Rights under the Constitution and laws of the United States, my right to trial by jury has been abrogated in three instances, and the State is now proceeding in a fraudulent and unlawful criminal prosecution against me. Equal protections have been removed, and all remedies have been abolished or abridged.

I, Brent Cole, do solemnly swear that I have never voluntarily borne arms against the United States since I have been a citizen thereof; that I have voluntarily given no aid, countenance, counsel, or encouragement to persons engaged in armed hostility thereto; that I have neither sought, nor accepted, nor attempted to exercise the functions of any office whatever, under any authority or pretended authority, in hostility to the United States; that I have not yielded a voluntary support to any pretended government, authority, power, or constitution within the United States, hostile or inimical thereto. And I do further swear that, to the best of my knowledge and ability, I will support and defend the Constitution of The United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion, and that I will well and faithfully discharge the duties of the office of statutory Attorney General, on which I am about to enter, **So help me God.**

*I, Brent Douglas Cole, being of sound mind and being willing and competent to testify, hereby depose and state of my own free will, under penalties of perjury: That the above testimony is true, accurate, and is not misleading to the best of my knowledge and belief; that facts presented herein are of my own personal knowledge, that the law presented is of my own research and is valid law to the best of my belief and understanding; and that these are not presented for the purpose of deception, delay, or evasion; these presents are to enforce a basic constitutional protection:* **So help me God.**

*[signature]* Brent Douglas Cole,
] **REDACTED**
Administered and witnessed by **REDACTED** *[signature]*

[Printed Name]  H. FUENTES

[Title]  Deputy Clerk II

Executed This 28th day of February 2005

---

Page 16 of 16 - Affidavit Of Brent Douglas Cole - Re: A1383897

# SUPREME COURT OF THE UNITED STATES
# OFFICE OF THE CLERK
# WASHINGTON, DC 20543-0001

January 31, 2005

Brent Douglas Cole
**REDACTED**
**REDACTED**

RE: Cole v. Moser, et al.

Dear Mr. Cole:

Returned are 39 copies of the petition for writ of certiorari in the above-entitled case postmarked on January 13, 2005 and received on January 19, 2005, which fails to comply with the Rules of this Court.

If you intend to pay the $300 docket fee, the petition must be in booklet format and on paper that measures 6 1/8 by 9 1/4 inches. Rule 33.1(a).

The caption of the case must appear as appropriate in this Court. Rule 34.1(c).

The questions presented for review must be followed by the list of parties (if all do not appear on the cover), corporate disclosure statement (if applicable), table of contents, table of authorities, citations of the official and unofficial reports of opinions and orders entered in the case, statement of the basis for jurisdiction, constitutional provisions, treaties, etc., statement of the case, reasons for granting the writ, and the appendix. Rule 14.1.

The pages containing the questions presented for review through table of authorities should be numbered (i), (ii), (iii), etc. The following pages should be numbered 1, 2, 3, etc.

Kindly correct the petition so that it complies in all respects with the Rules of the Court and return it to this office promptly so that it may be docketed. Unless the petition is received by this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

Three copies of the corrected petition must be served on opposing counsel. Rule 29.3.

This office shall retain one copy of the petition and your money order in the amount of $300.00 in expectation of timely receipt of a properly prepared petition.

*[Handwritten annotations: "Appendix 6 Page 17 of 25 19 BC"; "APPENDIX 1 Affidavit of Brent Douglas Cole Page 1"]*

Enclosed are a copy of the Rules of the Court and memorandum concerning the preparation of a paid petition in booklet format.

Sincerely,
William K. Suter, Clerk
P.

M. Blalock
(202) 479-3023

*Appendix 6 page 18 of 19*

*Appendix 1 Affidavit of Brent Douglas Cole page 2*

Enclosures

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

**WILLIAM K. SUTER**
CLERK OF THE COURT

October 27, 2004

AREA CODE 202
479-3011

Brent Cole
REDACTED

Dear Mr. Cole:

Your jurisdictional statement was received on October 27, 2004 and is hereby returned for the following reasons:

The original jurisdiction of the Court does not extend to a suit by an individual against a state. The original jurisdiction of this Court generally extends only to cases or controversies between two or more states or between the United States and one or more states. See 28 U.S.C. 1251 and Rule 17 of the Rules of this Court. The Eleventh Amendment amends the language of the constitution and holds that the Judicial Power of the United States does not extend to any suit commenced or prosecuted against a state by a citizen of another state. The Supreme Court has subsequently held numerous times that states cannot be sued without their consent and that the Eleventh Amendment bars suits brought against a state by citizens of that state. Hans v. Louisiana 134 U.S.1(1890)

If you have a final order from the highest states court you may file a petition for a writ of certiorari. See Rule 14 of the Rules of the Supreme Court.

*Appendix 2*
*Affidavit of Brent Douglas Cole*
*Case 3AN-05-01037CR*
*of Appendix 2*

Sincerely,
Wi...         k
By
**REDACTED SIGNATURE**
Cynthia Rapp
(202) 479-3031

*Appendix 6*
*page 19 of 19*

Enclosures