CRIMINAL DIVISION
OFFICE OF THE CLERK/TRIAL COURTS
ALASKA COURT SYSTEM
825 W. 4TH AVENUE
ANCHORAGE AK 99501-2004

TREVOR COLE
267 PARK ST.
ANCHORAGE, AK 99504

Corporation
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

COURT FOR THE STATE OF ALASK

CIAL DISTRICT AT ANCHORAGE

FILED in the Trial Co
State of Alaska Third Di

FEB 8 2007

Clerk of the Trial Court
By _____ D.

Case No. 3AN-06-4

TO WITHDRAW AS COUNSEL OF RECO

VRA CERTIFICATION

s attachments do not contain (1) the name
) or (2) a residence or business address or
fense unless it is an address used to ident
elephone number in a transcript of a cour
ered by the court.

considered Lance C. Wells'

presentation of Trevor M. Co

ED, ADJUDGED and DECREED tha

to withdraw from the abov

eadings shall be served upor

dress of: Appendix 8 of
ark St Notice of Removal

rage, Alaska 99504

numbers are: 907/337-9501, 9

f ___Feb.___ 2007, at Anchora

**REDACTED SIGNATURE**

I certify that on 2/13/07
a copy of the above was mailed/
hand delivered to each of the
att_____
the_____

**REDACTED SIGNATURE**