| | | | |
|---|---|---|---|
| XXX STATE ☐ MUNICIPALITY OF ANCHORAGE | | CASE NO. ●●● 06-04901 | CR |
| DEFENDANT TREVOR MURPHY COLE | | DOB: 6/22/1980 | |

IN THE DISTRICT/SUPERIOR COURT FOR THE ...

ADDRESS: _____
ORIGINAL CHARGES: MIW 5TH
AMENDED CHARGES: _____
COURT ORDERS: BW $500 C/C

TAPE # 3407-9
LOG # 20944
DATE 1-11-07
TIME 2 AM/PM

Type of Hearing: OFCR
Judge/Magistrate: Neal
Clerk: _____

PRESENT FOR STATE/MOA: Corbister
PRESENT FOR DEFENDANT: Wells

DEFENDANT: ☐ Present ☒ Not Present
☐ In-Custody ☒ Not In Custody

Case initially assigned to Judge _____
Peremptory Challenge Filed By ☐ State/MOA ☐ Defendant
Case Reassigned to Judge _____

RIGHTS BY: ☐ Video ☐ Court
PRE-TRIAL ORDER: ☐ To Defendant
FINGERPRINTS: ☐ Taken ☐ Ordered

PLEA:
☐ Not Guilty Cts ___
☐ Guilty Cts ___
☐ No Contest Cts ___
☐ Dismissal Per Rule ___ Cts ___
PETITION TO REVOKE PROBATION: ☐ Admit ☐ Deny
CRIMINAL RULES 5 & 45: ☐ Runs ☐ Tolled From ___ to ___
CRIMINAL RULE 45 EXPIRES: ___

BAIL EXONERATED: $___
☐ Defendant released on own recognizance
BAIL SET/CONTINUED: $ 500 C/C
☐ Cash Only ☐ Unsecured Bond
☒ Cash or Corporate Surety Only
☐ Third-Party Custodian to be approved by court:

CONDITIONS OF RELEASE:
☐ Obey all laws/Commit no jailable offenses
☐ No alcohol
☐ No non-prescription drugs
☐ No possession of weapons
☐ No direct or indirect contact with ___

Wells - no contact for times, address
No good, phone disconnected.
DA - issue warrant.
Ct - BW $500 C/C

### INSTRUCTIONS TO DEFENDANT

**Appointment of Counsel.** The court has ☐ GRANTED ☐ DENIED your request to have an attorney appointed to represent you. The attorney appointed to represent you is ☐ PD ☐ G&L ☐ OPA ☐ Kibby
You must contact your attorney within 2 working days from today. Follow the instructions on the back of this sheet. If convicted, you will be ordered to pay part of the cost of counsel under Criminal Rule 39.

#### THESE ARE YOUR NEXT COURT DATES.
If you do not appear, a warrant for your arrest will be issued.

| Type of Hearing | Date & Time | Type of Hearing | Date & Time |
|---|---|---|---|
| Pre-Indictment Hearing | | Pretrial Conference | |
| Bail Review/Forfeiture Hearing | | Trial Call | |
| Representation Hearing | | Trial | |
| Change of Plea/Sentencing | | Date to Report to Jail | |
| Adjudication/Disposition | | | |

### SEE REVERSE SIDE FOR ATTORNEY INFORMATION

CR-150 ANCH (3/04)(st.5) (front)
CRIMINAL LOG NOTES

I certify that on this date a copy of this form was given to: Defendant; Prosecutor; Def's Atty; Calendaring; attorneys and individuals at their address of record.
Clerk: NL

1. Wells left AA

Appendix VI of Notice of Removal

Case 3:07-cv-00050-JWS Document 1-12 Filed 04/09/07 Page 1 of 1