# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF ANCHORAGE; et al.,<br><br>    Plaintiffs - Appellees,<br><br>V.<br><br>BRENT DUOUGLAS COLE,<br><br>    Defendant - Appellant. | No. 07-35630<br>D.C. No. CV-07-00050-JWS<br><br>**JUDGMENT** <br><br>NOV 1 9 2007<br><br>**CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, A.K.** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 09/14/07

